UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ADELA CORRALES,<br><br>    Plaintiff,<br><br>v.<br><br>COSTCO WHOLESALE CORPORATION,<br><br>    Defendant. | Case No. 4:20-cv-02335-KAW<br><br>ORDER OF RECUSAL |

TO ALL PARTIES AND COUNSEL OF RECORD:

The court, on its own motion, recuses itself from any and all further proceedings in this matter.

All pending dates are hereby vacated and will be reset by the newly assigned judge.

IT IS SO ORDERED.

Dated: April 8, 2020

KANDIS A. WESTMORE
United States Magistrate Judge