UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Adela Corrales <br><br> Plaintiff(s) <br> v. <br><br> Costco Wholesale Corporation <br><br> Defendant(s) | CASE No C V-02335-HSG <br><br> STIPULATION AND [PROPOSED] ORDER SELECTING ADR PROCESS |

Counsel report that they have met and conferred regarding ADR and have reached the following stipulation pursuant to Civil L.R. 16-8 and ADR L.R. 3-5. The parties agree to participate in the following ADR process:

- ☐ **Early Neutral Evaluation (ENE)** (ADR L.R. 5)

- ☐ **Mediation** (ADR L.R. 6)

- ☐ **Early Settlement Conference with a Magistrate Judge** (ADR L.R. 7)

- ☒ **Private ADR** (*specify process and provider*)
   Private mediation; the parties will meet and confer regarding the selection of a provider.

The parties agree to hold the ADR session by:

- ☐ the presumptive deadline *(90 days from the date of the order referring the case to ADR)*

- ☒ other requested deadline: April 26, 2021

Date: August 3, 2020    /s/ Gerald Scher
                        Attorney for Plaintiff

Date: August 3, 2020    /s/ Cherie J. Edson
                        Attorney for Defendant

☒ IT IS SO ORDERED.
☐ IT IS SO ORDERED WITH THE FOLLOWING MODIFICATIONS:

DATE: 8/6/2020

*Haywood S. Gilliam Jr.*
U.S. DISTRICT/~~MAGISTRATE~~ JUDGE

---

*Important!* E-file this form in ECF using the appropriate event among these choices: "Stipulation & Proposed Order Selecting Mediation" or "Stipulation & Proposed Order Selecting ENE" or "Stipulation & Proposed Order Selecting Early Settlement Conference with a Magistrate Judge" or "Stipulation & Proposed Order Selecting Private ADR."

Form ADR-Stip rev. 1-15-2019